**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VINODH PARSAD MAHARAJ; SUNITA
DEVI MAHARAJ; PREETIKA MAHARAJ;
MEENAL MAHARAJ; VINEET
MAHARAJ,
                    *Petitioners,*

        v.

ALBERTO R. GONZALES, Attorney
General,
                    *Respondent.*

No. 03-71066

Agency Nos.
A71-788-923
A71-788-924
A72-402-323
A72-402-324
A72-402-325

VINODH PARSAD MAHARAJ; SUNITA
DEVI MAHARAJ; PREETIKA MAHARAJ;
MEENAL MAHARAJ; VINEET
MAHARAJ,
                    *Petitioners,*

        v.

ALBERTO R. GONZALES, Attorney
General,
                    *Respondent.*

No. 03-73995

Agency Nos.
A71-788-923
A71-788-924
A72-402-323
A72-402-324
A72-402-325

ORDER

Filed February 6, 2006

Before: Mary M. Schroeder, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by

1585

the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.